JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
EquipmentShare.com Inc ;
**County of Residence:** Outside This District

### Defendant(s):

First Listed Defendant:
Jane and John Does 1-10 ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Boone County

### Plaintiff's Attorney(s):

Karrie J Clinkinbeard ( EquipmentShare.com Inc )
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
**Phone:** 816.221.3420
**Fax:** 816.221.0786
**Email:** kclinkinbeard@atllp.com

Christopher M. Paro ( EquipmentShare.com Inc )
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02110
**Phone:** 617.341.7700
**Fax:** 617341.7701
**Email:** christopher.pardo@morganlewis.com

Torsten Kracht ( EquipmentShare.com Inc )
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02110
**Phone:** 617.341.7700
**Fax:** 617.341.7701
**Email:** torsten.kracht@morganlewis.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Misappropriation of trade secrets and breach of contract.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** Compensatory and punitive damages and injunctive relief

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Karrie J. Clinkinbeard

**Date:** 10/30/2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.